In the United States District Court
For the District of Maryland

**United States of America**          *

    **v.**          *      Crim. No.: PX-23-028

**Antonio Dominique Coward**      *

       *   *   *   *   *   *   *   *   *   *

**Consent Motion to Continue Sentencing Hearing**

Antonio Dominique Coward, through undersigned counsel, respectfully moves to continue his sentencing hearing, currently scheduled for October 23, 2024. The government consents to the request for a continuance. All parties are available on March 12, 2025, at 1:00 p.m. A proposed order is attached.

         Respectfully submitted,

         James Wyda
         Federal Public Defender

         _____/s/_____
         Ellie C. Marranzini, #817525
         Assistant Federal Public Defender
         6411 Ivy Lane, Suite 710
         Greenbelt, MD 20770-4510
         (301) 344-0600
         (301) 344-0019 (fax)
         Email: ellie_marranzini@fd.org